**Order entered January 13, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01241-CV

### TIMOTHY HOLZ, Appellant

### V.

### U.S.A. CORP., ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05101**

## ORDER

By motion filed January 9, 2014, appellant, a pro se inmate, seeks a copy of certain portions of the clerk's record so that he may file an amended brief that complies with the Texas Rules of Appellate Procedure. By separate motion filed the same date, appellant also seeks an extension of time to file his amended brief. We **GRANT** the motions to the extent we **DIRECT** the Clerk of the Court to send appellant a paper copy of the sixty-eight page clerk's record and **ORDER** appellant to file his amended brief no later than February 14, 2014.


/s/    ELIZABETH LANG-MIERS
        JUSTICE